IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MILLENNIUM PROPERTIES R/E, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:14-cv-4431 |
| v. | ) ) | |
| RGA REINSURANCE COMPANY, a Missouri Corporation | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF REMOVAL

Defendant, RGA Reinsurance Company, ("RGA"), by its attorneys, David F. Schmidt and Robert S. Hunger of Chittenden, Murday & Novotny LLC, in accordance with 28 U.S.C. §1446, submits this Notice of Removal of this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. §§ 1441(a) and (b). In support of its Notice of Removal, RGA states as follows:

1. This civil action was filed on May 15, 2014, in the Circuit Court of Cook County, Illinois, as Case No. 2014-L-005256.

2. The Complaint asserts Plaintiff is entitled to damages of $88,500, exclusive of interests or costs, in connection with an alleged real estate transaction to which Plaintiff asserts entitlement to a commission.

3. Summons and Complaint were first served on RGA on or after May 15, 2014.

4. This Notice of Removal is being filed within thirty (30) days of RGA's receipt of the Summons and Complaint.

5.      This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and RGA is entitled to remove to this Court pursuant to 28 U.S.C. § 1441(a) in that:

    a.  Plaintiff is, and was at all relevant times, a corporation organized under the laws of the State of Illinois, with its principal place of business in Illinois, and was at all relevant times, a citizen and resident of the State of Illinois and not a citizen or resident of the State of Missouri;

    b.  Defendant is, and was at all relevant times, a corporation organized under the laws of the State of Missouri, with its principal place of business in Missouri, and was at all relevant times a citizen and resident of the State of Missouri and not a citizen or resident of the State of Illinois;

    c.  The amount in controversy in this matter, exclusive of interest and costs, exceeds $75,000.00.

6.      In accordance with 28 U.S.C. §1446(a), RGA states that the following documents constitute all the process, pleadings and orders that it received:

    a.  Summons; and
    b.  Complaint.

True and correct copies of the aforementioned documents are attached hereto and made a part hereof as Exhibits A and B, respectfully.

7.      A true and correct copy of this Notice of Removal shall be filed with the Clerk of the Circuit Court of Cook County, Illinois, in accordance with 28 U.S.C. §1446(d).

Dated: June 13, 2014.

            Respectfully submitted,

            **RGA Reinsurance Company**

            By:   /s/ Robert S. Hunger
                    One of its Attorneys

David F. Schmidt
Robert S. Hunger

Chittenden, Murday & Novotny LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
(312) 281-3600

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing **Notice of Removal** was served upon the following attorneys of record, by enclosing a true and correct copy thereof in a duly addressed, postage prepaid envelope and depositing same in the U.S. Mail chute at 303 West Madison Street, Chicago, Illinois, 60606, on this **13th** day of **June, 2014**.

Richard C. Perna
Scott A. Nehls
Fuchs & Roselli, Ltd.
440 W. Randolph St., Suite 500
Chicago, IL 60606

/s/ Robert S. Hunger
Robert S. Hunger