IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MILLENNIUM PROPERTIES R/E, INC.,** an Illinois corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>**RGA REINSURANCE COMPANY,** a Missouri corporation**,**<br><br>*Defendant.* | Case No. 14 C 4431<br><br>**District Judge**<br>**Harry D. Leinenweber**<br><br>**Magistrate Judge**<br>**Sidney I. Schenkier** |

### CORPORATE AND BUSINESS IDENTITY DISCLOSURE STATEMENT

Plaintiff, Millennium Properties R/E, Inc., ("MPI" or "PLAINTIFF"), pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 states as follows for its corporate disclosure statements:

1. MPI has no parent corporation.

2. MPI is not publicly traded.

          Respectfully submitted,

          **MILLENNIUM PROPERTIES R/E, INC.,** an
          Illinois corporation, *Plaintiff*

    By:    /s/ Scott A. Nehls
               One of its Attorneys

Richard C. Perna #6193236
Scott A. Nehls, #6290318
**FUCHS & ROSELLI, LTD.**
440 W. Randolph Street, Suite 500
Chicago, Illinois 60606
(312) 651-2400

**CERTIFICATE OF SERVICE**

      Scott Nehls hereby certifies that, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), Plaintiff's ***Corporate and Business Identity Disclosure Statement*** was served pursuant to the District Court's ECF system as to ECF filers referenced below with the above-referenced attachments on July 14, 2014.

**David F. Schmidt**
**Robert S. Hunger**
Chittenden, Murday & Novotny, LLC
303 West Madison
Suite 1400
Chicago, Illinois 60606
dschmidt@cmn-law.com
rhunger@cmn-law.com

*Attorneys for Defendant*

                By:    /s/ Scott A. Nehls
                         One of the Attorneys for Plaintiff

Richard C. Perna #6193236
Scott A. Nehls, #6290318
**FUCHS & ROSELLI, LTD.**
440 West Randolph Street, Suite 500
Chicago, IL 60606
(312) 651-2400