# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Millennium Properties R/E, Inc.

                              Plaintiff,

v.                                             Case No.: 1:14–cv–04431

                                                                     Honorable Harry D. Leinenweber

RGA Reinsurance Company

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 13, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber:The Agreed Motion to dismiss with prejudice [42] is granted. The parties will bear their own fees and costs. Ruling date stricken. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.